# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MATTHEW STROTHER, | ) NO. SACV 05-1184-AG (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 31, 2008

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE